1

**WARDENSKI P.C.**
134 West 29th Street, Suite 709
New York, NY 10001

2

(347) 913-3311
Joseph J. Wardenski (*pro hac vice*)

3

joe@wardenskilaw.com

4

**FRANKEL SYVERSON PLLC**
2375 E. Camelback Road, Suite 600

5

Phoenix, Arizona 85016
602-598-4000

6

Ty D. Frankel (AZ#027179)
ty@frankelsyverson.com

7

8

**FRANKEL SYVERSON PLLC**
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

9

602-598-4000
Patricia N. Syverson (AZ#020191)

10

patti@frankelsyverson.com

11

*Attorneys for Plaintiff*

12

13

**IN THE UNITED STATES DISTRICT COURT**

14

**DISTRICT OF ARIZONA**

15

16

17

18

19

20

21

| Kaden Vitellaro, | Case No. 4:25-cv-00366-RCC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF FILING OF AMENDED COMPLAINT** |
| State of Arizona, | |
| Defendant. | |

22

23

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) and LRCiv 15.1(b),

24

Plaintiff Kaden Vitellaro, through his undersigned counsel, hereby provides notice of filing

25

of his Amended Complaint as a matter of course. Attached as Exhibit A to this notice is a

26

copy of the Amended Complaint indicating how it differs from the original complaint by

27

striking through the text that was deleted and underlining the text that was added.

28

1    DATED:  August 11, 2025.

2

3                                    **WARDENSKI P.C.**
                                     By: */s/ Joseph J. Wardenski*
4                                    Joseph J. Wardenski (*pro hac vice*)
                                     134 West 29th Street, Suite 709
5                                    New York, NY 10001

6                                    **FRANKEL SYVERSON PLLC**
7                                    Ty D. Frankel
                                     2375 E. Camelback Road, Suite 600
8                                    Phoenix, Arizona 85016

9                                    **FRANKEL SYVERSON PLLC**
10                                   Patricia N. Syverson
                                     9655 Granite Ridge Drive, Suite 200
11                                   San Diego, California 92123

12

13                                   *Attorneys for Plaintiff Kaden Vitellaro*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28