1  Kristin K. Mayes
   Attorney General
2

3  Rachel M.B. Remes, Bar No. 016117
   Assistant Attorney General
4  2005 North Central Avenue
   Phoenix, Arizona 85004
5  Telephone:   (602) 542-7750
6  Facsimile:   (602) 542-7644
   Rachel.Remes@azag.gov
7
   *Attorney for Defendant*
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Kaden Vitellaro, | Case No: CV-25-00366-RCC |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| State of Arizona, | |
| Defendant. | |

Please take notice that under LRCiv 83.3, Rachel M.B. Remes, Assistant Attorney General of the Office of the Arizona Attorney General represents the Defendant as counsel of record in this action. The undersigned counsel requests notice of all pleadings and any other documents filed and/or served in the above-captioned matter at the following address:

> Rachel M.B. Remes, Bar No. 016117
> Assistant Attorney General
> Arizona Attorney General's Office
> 2005 North Central Avenue
> Phoenix, Arizona 85004
> Telephone:   (602) 542-7750
> Facsimile:   (602) 542-7644
> Rachel.Remes@azag.gov
> EmploymentLaw@azag.gov

RESPECTFULLY SUBMITTED this 9th day of October, 2025.

Kristin K. Mayes
Attorney General

/s/ Rachel M.B. Remes
Rachel M.B. Remes
Assistant Attorney General
Attorney for Defendant

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 9th day of October, 2025, and service on:

Joseph J. Wardenski (pro hac vice)
Wardenski P.C.
134 West 29th Street, Suite 709
New York, New York 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

Ty D. Frankel, Esq.
Frankel Syverson PLLC
2375 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
Telephone: (602) 598-4000
ty@frankelsyverson.com

Patricia N. Syverson, Esq.
Frankel Syverson PLLC
9655 Granite Ridge Dr., Suite 200
San Diego, California 92123
Telephone: (602) 598-4000
patti@frankelsyverson.com

Attorneys for Plaintiff

/s/ Kara McClendon