1 | Kristin K. Mayes
  | Attorney General
2 |
3 | Rachel M.B. Remes, Bar No. 016117
  | Assistant Attorney General
4 | 2005 North Central Avenue
  | Phoenix, Arizona 85004
5 | Telephone:   (602) 542-7750
6 | Facsimile:   (602) 542-7644
  | Rachel.Remes@azag.gov
7 |
8 | *Attorney for Defendant*
9 | Joseph J. Wardenski (pro hac vice)
  | Wardenski P.C.
10 | 134 West 29th Street, Suite 709
   | New York, New York 10001
11 | Telephone: (347) 913-3311
   | joe@wardenskilaw.com
12 |
13 | Ty D. Frankel, Esq.
   | Frankel Syverson PLLC
   | 2375 E. Camelback Rd., Suite 600
14 | Phoenix, Arizona 85016
   | Telephone: (602) 598-4000
15 | ty@frankelsyverson.com
16 | Patricia N. Syverson, Esq.
   | Frankel Syverson PLLC
17 | 9655 Granite Ridge Dr., Suite 200
   | San Diego, California 92123
18 | Telephone: (602) 598-4000
   | patti@frankelsyverson.com
19 |
20 | *Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Kaden Vitellaro, | Case No: CV-25-00366-RCC |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT** |
| vs. | |
| State of Arizona, | **(First Request)** |
| Defendant. | |

Pursuant to LRCiv 7.3, the Parties stipulate to extend the Defendant's deadline to answer or otherwise respond to Plaintiff's Amended Complaint (doc. 6) from October 10, 2025, to November 10, 2025. The Defendant executed a waiver of service of Plaintiff's Amended Complaint. (Doc. 8) Under Rule 4(d)(3), the Defendant has until October 10, 2025, to respond. The Parties have undertaken sincere efforts reach an early resolution of this action, and they anticipate that extending the Defendant's response deadline by 30 days will facilitate those efforts. An early resolution would promote efficiency and conserve time and resources. The Parties ask this Court to extend the Answer deadline to November 10, 2025. A proposed Order accompanies this stipulation.

RESPECTFULLY SUBMITTED this 9th day of October, 2025.

| For Defendant: | For Plaintiff: |
|---|---|
| Kristin K. Mayes<br>Attorney General | /s/ Joseph J. Wardenski (with permission)<br>Joseph J. Wardenski<br>Wardenski P.C. |
| /s/ Rachel M.B. Remes<br>Rachel M.B. Remes<br>Assistant Attorney General<br>*Attorney for Defendant* | Ty D. Frankel<br>Patricia D. Syverson<br>Frankel Syverson PLLC<br>*Attorneys for Plaintiff* |

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 9th day of October, 2025, and service on:

Joseph J. Wardenski (pro hac vice)
Wardenski P.C.
134 West 29th Street, Suite 709
New York, New York 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

Ty D. Frankel, Esq.
Frankel Syverson PLLC
2375 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
Telephone: (602) 598-4000
ty@frankelsyverson.com

Patricia N. Syverson, Esq.
Frankel Syverson PLLC
9655 Granite Ridge Dr., Suite 200
San Diego, California 92123
Telephone: (602) 598-4000
patti@frankelsyverson.com

Attorneys for Plaintiff

/s/ Kara McClendon