# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kaden Vitellaro, | Case No: CV-25-00366-RCC |
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| State of Arizona, | |
| Defendant. | |

Upon consideration of the Parties' Stipulation for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant has up to and including November 10, 2025, to Answer or otherwise respond to Plaintiff's Amended Complaint.

1