# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kaden Vitellaro,<br><br>    Plaintiff,<br><br>vs.<br><br>State of Arizona,<br><br>    Defendant. | Case No:  CV-25-00366-RCC<br><br>**ORDER** |

Upon consideration of the Parties' Stipulation for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (Doc. 10), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant has up to and including November 10, 2025, to Answer or otherwise respond to Plaintiff's Amended Complaint.

Dated this 10th day of October, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge

1