Kristin K. Mayes
Attorney General

Rachel M.B. Remes, Bar No. 016117
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Telephone:   (602) 542-7750
Facsimile:   (602) 542-7644
Rachel.Remes@azag.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kaden Vitellaro,<br><br>         Plaintiff,<br><br>v.<br><br>State of Arizona,<br><br>         Defendant. | Case No. CV-25-00366-TUC-RCC<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to LRCiv 40.2(d) this Notice informs the Court that the Parties have reached a settlement that will fully resolve all issues and claims in this action. As soon as possible, the Parties will finalize their agreement and file a stipulation to dismiss this action with prejudice, along with a proposed order.

RESPECTFULLY SUBMITTED this 7th day of November, 2025.

    Kristin K. Mayes
    Attorney General

    /s/ Rachel M.B. Remes
    Rachel M.B. Remes
    Assistant Attorney General
    Attorneys for Defendant

| | |
|---|---|
| 1 | I certify that I electronically |
| 2 | transmitted the attached document to the Clerk's Office using the |
| 3 | CM/ECF System for filing this |
| 4 | 7th day of November, 2025, and service on: |
| 5 | Joseph J. Wardenski (pro hac vice) |
| | Wardenski P.C. |
| 6 | 134 West 29th Street, Suite 709 |
| | New York, New York 10001 |
| 7 | Telephone: (347) 913-3311 |
| | joe@wardenskilaw.com |
| 8 | |
| 9 | Ty D. Frankel, Esq. |
| | Frankel Syverson PLLC |
| 10 | 2375 E. Camelback Rd., Suite 600 |
| | Phoenix, Arizona 85016 |
| 11 | Telephone: (602) 598-4000 |
| | ty@frankelsyverson.com |
| 12 | |
| 13 | Patricia N. Syverson, Esq. |
| | Frankel Syverson PLLC |
| 14 | 9655 Granite Ridge Dr., Suite 200 |
| | San Diego, California 92123 |
| 15 | Telephone: (602) 598-4000 |
| | patti@frankelsyverson.com |
| 16 | |
| 17 | Attorneys for Plaintiff |
| 18 | /s/ Kara McClendon |