Joseph J. Wardenski (pro hac vice)
Wardenski P.C.
134 West 29th Street, Suite 709
New York, New York 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

Ty D. Frankel, Bar No. 027179
Frankel Syverson PLLC
2375 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
Telephone: (602) 598-4000
ty@frankelsyverson.com

Patricia N. Syverson, Bar No. 020191
Frankel Syverson PLLC
9655 Granite Ridge Dr., Suite 200
San Diego, California 92123
Telephone: (602) 598-4000
patti@frankelsyverson.com

*Attorneys for Plaintiff*

Kristin K. Mayes
Attorney General

Rachel M.B. Remes, Bar No. 016117
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Telephone:  (602) 542-7750
Facsimile:   (602) 542-7644
Rachel.Remes@azag.gov

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kaden Vitellaro,<br><br>        Plaintiff,<br>v.<br><br>State of Arizona,<br><br>        Defendant. | Case No. CV-25-00366-TUC-RCC<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kaden Vitellaro and Defendant State of Arizona (the "Parties") stipulate to the dismissal of this action with prejudice. The Parties further stipulate that each Party shall bear its own costs, attorneys' fees, and expenses. A proposed order is attached to this stipulation.

RESPECTFULLY SUBMITTED this 4th day of December, 2025.

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Joseph J. Wardenski<br>Wardenski P.C. | Kristin K. Mayes<br>Attorney General |
| Ty D. Frankel<br>Patricia D. Syverson<br>Frankel Syverson PLLC | /s/ Rachel M.B. Remes (with consent)<br>Rachel M.B. Remes<br>Assistant Attorney General |
| *Attorneys for Plaintiff*<br>*Kaden Vitellaro* | *Attorneys for Defendant*<br>*State of Arizona* |