# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kaden Vitellaro,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona,<br><br>　　　　　Defendant. | Case No: CV-25-00366-TUC-RCC<br><br>**PROPOSED ORDER DISMISSING CASE WITH PREJUDICE** |

Upon consideration of the Parties' Stipulation to Dismiss Case with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, and each side to bear its own costs, fees, and expenses.

1