1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kaden Vitellaro, | No. CV-25-00366-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Department of Corrections Rehabilitation and Reentry, et al., | |
| Defendants. | |

On November 7, 2025, Defendant filed a Notice of Settlement, stating that the parties reached a settlement and can close this case "as soon as possible." (Doc. 12.) The parties have thus filed a Joint Stipulation of Dismissal with Prejudice. (Doc. 13.)

**THEREFORE, IT IS ORDERED** that the Joint Stipulation of Dismissal with Prejudice is **GRANTED**. This matter is DISMISSED WITH PREJUDICE, with each party to bear their own costs, fees, and expenses. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 9th day of December, 2025.

Honorable Raner C. Collins
Senior United States District Judge